2023-06468

**M**

Section 13

FILED
2023 JUL 11 P 02:41
CIVIL
DISTRICT COURT

## CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS

## STATE OF LOUISIANA

CASE NO.:  DIVISION:

### LEMIAH JOHNSON

### VERSUS

### IRIS DEVELOPMENT, LLC, GREEN COAST ENTERPRISES, LLC, BOURGOGNE BYWATER, LLC, SCOTTSDALE INSURANCE COMPANY, IRIS PROPERTY MANAGEMENT, LLC, ROZAS WARD ARCHITECTS, A PROFESSIONAL CORPORATION, AND RYAN GOOTEE GENERAL CONTRACTORS, LLC

FILED:_____     _____
                                    DEPUTY CLERK

### PETITION FOR DAMAGES

NOW INTO COURT, through undersigned counsel comes Petitioner Lemiah Johnson, a person of the full age of majority domiciled in the County of Los Angeles, State of California, who respectfully represents as follows:

1.

The following parties are made defendants in this lawsuit and are liable unto your Petitioner in an unspecified amount, together with legal interest thereon from the date of judicial demand until paid:

A. **Iris Development, LLC**, a company doing business in the State of Louisiana with its principal place of business in Louisiana;

B. **Green Coast Enterprises, LLC**, a company doing business in the State of Louisiana with its principal place of business in Louisiana;

C. **Bourgogne Bywater, LLC**, a company doing business in the State of Louisiana with its principal place of business in Louisiana;

D. **Scottsdale Insurance Company**, is the general liability insurance company for Bourgogne Bywater, LLC, and is a company doing business in the State of Louisiana with its principal place of business in Louisiana;

E. **Iris Property Management, LLC**, a company doing business in the State of Louisiana with its principal place of business in Louisiana;

F. **Rozas Ward Architects, A Professional Corporation**, a company doing business in the State of Louisiana with its principal place of business in Louisiana; and

G. **Ryan Gootee General Contractors, LLC**, a company doing business in the State of Louisiana with its principal place of business in Louisiana.

E-Filed

VERIFIED
Amber Sheeler
2023 JUL 12 P 02:58
EXHIBIT A

2023-06468

M

Section 13

FILED
2023 JUL 11 P 02:41
CIVIL
DISTRICT COURT

## JURISDICTION and VENUE

2.

This Court has jurisdiction over the status of this matter pursuant to Louisiana Code of Civil Procedure article 1, *et seq.* in as much as Defendants Iris Development, LLC, Green Coast Enterprises, LLC, Bourgogne Bywater, LLC, Iris Property Management, LLC, Rozas Ward Architects, A Professional Corporation, and Ryan Gootee General Contractors, LLC committed acts within the State of Louisiana, which caused harm to your petitioner, within the State of Louisiana.

3.

Venue in Orleans Parish is proper pursuant to Louisiana Code of Civil Procedure article 42, *et seq.* because Defendants Iris Development, LLC, Green Coast Enterprises, LLC, Bourgogne Bywater, LLC, Iris Property Management, LLC, Rozas Ward Architects, A Professional Corporation, and Ryan Gootee General Contractors, LLC committed wrongful conduct and offenses complained of and/or where petitioner sustained damages.

## DEVELOPMENT OF THE BONVI APARTMENT COMPLEX

4.

Iris Development, LLC and Green Coast Enterprises, LLC partnered to develop and constructed a sixty-nine (69) unit apartment complex named BonVi, which is located at municipal address 882 Montegut Street New Orleans, Louisiana.

5.

Iris Development, LLC and Green Coast Enterprises, LLC engaged Rozas Ward Architects, A Professional Corporation ("RW Architects") a firm licensed in the State of Louisiana as the architect for the BonVi.

6.

Upon information and belief, RW Architects was tasked with the programing, design, and development of the specifications as well as managing, supervising, and administering the general contractor for the construction of the BonVi pool area and surrounding enclosures.

Case 2:23-cv-02624-BSL-MBN Document 1-2 Filed 07/19/23 Page 3 of 16

2023-06468

M

Section 13

FILED
2023 JUL 11  P 02:41
CIVIL
DISTRICT COURT

7.

Upon information and belief, Ryan Gootee General Contractors, LLC ("Gootee") was engaged by the developers as the general contractor for the BonVi Project.

8.

Upon information and belief Bourgogne Bywater, LLC currently owns the BonVi apartment complex and was responsible for supervising the design and construction of the pool area and surrounding enclosures.

9.

Upon information and belief, Scottsdale Insurance Company issued a policy of general liability insurance to Bourgogne Bywater, LLC.

10.

Upon information and belief, Iris Property Management, LLC was engaged as the property manager for BonVi and was responsible for supervising and managing the design and construction of the pool area and surrounding enclosures.

**INCIDENT OF JULY 27, 2022**

11.

Petitioner Lemiah Johnson ("Ms. Johnson"), a pre-med student at Xavier University, was a resident of BonVi beginning in June of 2022.

12.

On July 26, 2022, at approximately 10:52 p.m. Ms. Johnson, along with her invitee visited the swimming pool and deck of the BonVi.

13.

The parapet wall surrounding the swimming pool and deck contained no other safety impediments and restrictions to prevent tenants and/or their invitees from resting atop the parapet wall.

14.

On July 27, 2022, Ms. Johnson sat atop the parapet wall.

Case 2:23-cv-02624-BSL-MBN   Document 1-2   Filed 07/19/23   Page 4 of 16

2023-06468



Section 13

FILED
2023 JUL 11  P 02:41
CIVIL
DISTRICT COURT

15.

At approximately 12:41 a.m. on July 27, 2022, Ms. Johnson fell from the parapet wall some two stories to the concrete below.

16.

As a result of defendants' negligence in its construction, design, management, and configuration of the BonVi, in particular the swimming pool and its surrounding area, Ms. Johnson sustained the following damages:

a. Severe pain and suffering;

b. Severe neurological pain and suffering;

c. Extreme pain and suffering;

d. Future pain and suffering;

e. Permanent bodily injuries;

f. Permanent neurological injuries;

g. Medical expenses;

h. Future medical expenses;

i. Loss wages;

j. Loss future wages;

k. Diminished earning capacity;

l. Severe emotional distress and anguish; and

m. Loss of enjoyment of life.

### CAUSES OF ACTION

### COUNT I: NEGLIGENCE AGAINST IRIS DEVELOPMENT, LLC

17.

Upon information and belief at the present time, Petitioner's damages were caused through the negligence of Iris Development, LLC, which negligence includes but is not limited to the following the acts and/or omissions:

a. Failure to exercise reasonable care in the design and construction of the pool area;

b. Failure to exercise reasonable care in the design and construction of the surrounding enclosures along the BonVi pool area;

Case 2:23-cv-02624-BSL-MBN Document 1-2 Filed 07/19/23 Page 5 of 16

2023-06468

M

Section 13

FILED
2023 JUL 11  P 02:41
CIVIL
DISTRICT COURT

c. Creating dangerous and hazardous conditions in the construction of the parapet wall and pool area;

d. Having knowledge of and allowing dangerous conditions to exist on and near the parapet wall;

e. Allowing to exist an unreasonable risk of harm for tenants and/or their invitees using the pool area;

f. Failure to warn tenants and/or their invitees of the hazardous condition on and near the parapet wall and the dangerous descent directly below the low enclosure; and

g. All other acts of negligence which will be shown at the trial of this matter, all of which are in violation of the dictates of common sense, safe practices, laws, ordinances, and regulations of Orleans and/or the State of Louisiana, International Building Code, and International Swimming Pool and Spa Code, all of which are pleaded herein *in extenso*.

**COUNT II: NEGLIGENCE AGAINST GREEN COAST ENTERPRISES, LLC**

18.

Upon information and belief at the present time, Petitioner's damages were caused through the negligence of Green Coast Enterprises, LLC, which negligence includes but is not limited to the following the acts and/or omissions:

a. Failure to exercise reasonable care in the design and construction of the pool area;

b. Failure to exercise reasonable care in the design and construction of the surrounding enclosures along the BonVi pool area;

c. Creating dangerous and hazardous conditions in the construction of the parapet wall and pool area;

d. Having knowledge of and allowing dangerous conditions to exist on and near the parapet wall;

e. Allowing to exist an unreasonable risk of harm for tenants and/or their invitees using the pool area;

f. Failure to warn tenants and/or their invitees of the hazardous condition on and near the parapet wall and the dangerous descent directly below the low enclosure; and

g. All other acts of negligence which will be shown at the trial of this matter, all of which are in violation of the dictates of common sense, safe practices, laws, ordinances, and regulations of Orleans and/or the State of Louisiana, International Building Code, and International Swimming Pool and Spa Code, all of which are pleaded herein *in extenso*.

Case 2:23-cv-02624-BSL-MBN Document 1-2 Filed 07/19/23 Page 6 of 16

2023-06468


Section 13

FILED
2023 JUL 11 P 02:41
CIVIL
DISTRICT COURT

### COUNT III: NEGLIGENCE AGAINST BOURGOGNE BYWATER, LLC

19.

Upon information and belief at the present time, Petitioner's damages were caused through the negligence and/or strict liability of Bourgogne Bywater, LLC, which includes but is not limited to the following the acts and/or omissions:

a. Failure to exercise reasonable care in supervising the design and construction of the pool area;

b. Failure to exercise reasonable care in supervising the design and construction of the surrounding enclosures along the BonVi pool area;

c. Having knowledge of and allowing dangerous conditions to exist on and near the parapet wall;

d. Allowing to exist an unreasonable risk of harm for tenants and/or their invitees using the pool area;

e. Failure to prevent tenants and/or their invitees from entering dangerous and hazardous conditions on and near the parapet wall;

f. Failure to warn tenants and/or their invitees of the hazardous condition on and near the parapet wall and the dangerous descent directly below the low enclosure; and

g. All other acts of negligence which will be shown at the trial of this matter, all of which are in violation of the dictates of common sense, safe practices, laws, ordinances, and regulations of Orleans and/or the State of Louisiana, International Building Code, and International Swimming Pool and Spa Code, all of which are pleaded herein *in extenso*.

### COUNT IV: NEGLIGENCE AGAINST IRIS PROPERTY MANAGEMENT, LLC

20.

Upon information and belief at the present time, Petitioner's damages were caused through the negligence of Iris Property Management, LLC, which negligence includes but is not limited to the following the acts and/or omissions:

a. Failure to exercise reasonable care in supervising and managing the design and construction of the pool area;

b. Failure to exercise reasonable care supervising and managing the design and construction of the surrounding enclosures along the BonVi pool area;

c. Having knowledge of and allowing dangerous conditions to exist on and near the parapet wall;

d. Allowing to exist an unreasonable risk of harm for tenants and/or their invitees using the pool area;

e. Failure to prevent tenants and/or their invitees from entering dangerous and hazardous conditions on and near the parapet wall;

Case 2:23-cv-02624-BSL-MBN Document 1-2 Filed 07/19/23 Page 7 of 16

2023-06468


Section 13

FILED
2023 JUL 11 P 02:41
CIVIL
DISTRICT COURT

 f. Failure to warn tenants and/or their invitees of the hazardous condition on and near the parapet wall and the dangerous descent directly below the low enclosure; and

 g. All other acts of negligence which will be shown at the trial of this matter, all of which are in violation of the dictates of common sense, safe practices, laws, ordinances, and regulations of Orleans and/or the State of Louisiana, International Building Code, and International Swimming Pool and Spa Code, all of which are pleaded herein *in extenso*.

### COUNT V: NEGLIGENCE AGAINST ROZAS WARD ARCHITECTS, A PROFESSIONAL CORPORATION

21.

Upon information and belief at the present time, Petitioner's damages were caused through the negligence of Rozas Ward Architects, which negligence includes but is not limited to the following the acts and/or omissions:

 a. Failure to exercise reasonable care in the designing, building, administering, and managing the construction of the pool area;

 b. Failure to exercise reasonable care in the designing, building, administering, and managing the construction of the surrounding enclosures along the BonVi pool area;

 c. Having knowledge of and allowing dangerous conditions to exist on and near the parapet wall;

 d. Allowing to exist an unreasonable risk of harm for tenants and/or their invitees using the pool area;

 e. Failure to prevent tenants and/or their invitees from entering dangerous and hazardous conditions on and near the parapet wall;

 f. Failure to warn tenants and/or their invitees of the hazardous condition on and near the parapet wall and the dangerous descent directly below the low enclosure; and

 g. All other acts of negligence which will be shown at the trial of this matter, all of which are in violation of the dictates of common sense, laws, ordinances, and regulations of Orleans and/or the State of Louisiana, International Building Code, and International Swimming Pool and Spa Code, all of which are pleaded herein *in extenso*.

### COUNT VI: NEGLIGENCE AGAINST RYAN GOOTEE GENERAL CONTRACTORS, LLC

22.

Upon information and belief at the present time, Petitioner's damages were caused through the negligence of Ryan Gootee General Contractors, LLC, which negligence includes but is not limited to the following the acts and/or omissions:

 a. Failure to exercise reasonable care in the construction of the pool area;

E-Filed

Case 2:23-cv-02624-BSL-MBN Document 1-2 Filed 07/19/23 Page 8 of 16

2023-06468

**M**

Section 13

FILED
2023 JUL 11 P 02:41
CIVIL
DISTRICT COURT

b. Failure to exercise reasonable care in the construction of the surrounding enclosures along the BonVi pool area;

c. Creating dangerous and hazardous conditions in the construction of the parapet wall and pool area;

d. Having knowledge of and allowing dangerous conditions to exist on and near the parapet wall;

e. Allowing to exist an unreasonable risk of harm for tenants and/or their invitees using the pool area;

f. Failure to warn tenants and/or their invitees of the hazardous condition on and near the parapet wall and the dangerous descent directly below the low enclosure; and

g. All other acts of negligence which will be shown at the trial of this matter, all of which are in violation of the dictates of common sense, safe practices, laws, ordinances, and regulations of Orleans and/or the State of Louisiana, International Building Code, and International Swimming Pool and Spa Code, all of which are pleaded herein *in extenso*.

23.

Plaintiff's injuries would not have occurred absent the negligence of the Defendants. Accordingly, *Res Ipsa Loquitor* is applicable to this matter and Plaintiff affirmatively pleads this doctrine.

24.

Petitioner avers that the damages sustained herein are in excess of ten-thousand dollars ($10,000.00), the threshold amount required for a trial by jury pursuant to Louisiana Code of Civil Procedure Article 1732, and Petitioner requests a trial by jury.

**WHEREFORE,** petitioner Lemiah Johnson prays for judgment against defendants Iris Development, LLC, Green Coast Enterprises, LLC, Bourgogne Bywater, LLC, Scottsdale Insurance Company, Iris Property Management, LLC, Rozas Ward Architects, A Professional Corporation, and Ryan Gootee General Contractors, LLC, in an amount to be determined by this Honorable Court, for all said sums with legal interest thereon from the date of judicial demand until fully paid, for all costs of these proceedings, and for all general and equitable relief to which Petitioner may be entitled.

**(SIGNATURES ON NEXT PAGE)**

E-Filed

2023-06468

# M
Section 13

FILED
2023 JUL 11  P 02:41
CIVIL
DISTRICT COURT

Respectfully submitted:

**CHEHARDY, SHERMAN, WILLIAMS, RECILE, & HAYES, LLP**



JAMES M. WILLIAMS, #26141
KATIE L. STEVENSON, #39352
One Galleria Boulevard, Suite 1100
Metairie, Louisiana 70001
Telephone:   (504) 833-5600
Facsimile:   (504) 833-8080
Email: james@thetrialteam.com
            katie@thetrialteam.com

-and-

BERNARD L. CHARBONNET, JR. BAR NO. 4050
DAVID M. FINK, BAR NO. 33550
The Law Office of Bernard L. Charbonnet, Jr., APLC
One Canal Place
365 Canal Street
Suite 1100
New Orleans, Louisiana 70130
Telephone:   (504) 561-0996
Facsimile:   (504) 561-7850
Electronic mail:   bcharbonnet@charbonnetassociates.com
Electronic mail:   dfink@charbonnetlaw.com
Attorneys for Lemiah Johnson

**PLEASE SERVE**

**Iris Development, LLC**
Through its agent for service
Immanuel Gilen
4218 S. Carrollton Avenue
Apartment B
New Orleans, Louisiana 70119

**Green Coast Enterprises, LLC**
Through its agent for service
Alexander Kelso
C/O Green Coast Enterprises
234 Loyola Avenue
Suite 300
New Orleans, Louisiana 70112

**Bourgogne Bywater, LLC**
Through its agent for service
Immanuel Gilen
4218 S. Carrollton Avenue
Apartment B
New Orleans, Louisiana 70119

E-Filed

2023-06468


Section 13

**Scottsdale Insurance Company**
Through its agent for service
Louisiana Secretary of State
8585 Archives Avenue
Baton Rouge, Louisiana 70809

**Iris Property Management, LLC**
Through its agent for service
Immanuel Gilen
4218 S. Carrollton Avenue
Apartment B
New Orleans, Louisiana 70119

**Rozas Ward Architects, A Professional Corporation**
Through its agent for service
Charles Ward
218 Atherton Drive
Metairie, Louisiana 70005

**Ryan Gootee General Contractors, LLC**
Through its agent for service
Thomas McEachin, Esq.
909 Poydras Street
Suite 1600
New Orleans, Louisiana 70112

E-Filed

2023-06468

**M**

Section 13

FILED
2023 JUL 11  P 02:41
CIVIL
DISTRICT COURT

## CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS

## STATE OF LOUISIANA

CASE NO.:                                                     DIVISION:

### LEMIAH JOHNSON

### VERSUS

### IRIS DEVELOPMENT, LLC, GREEN COAST ENTERPRISES, LLC, BOURGOGNE BYWATER, LLC, SCOTTSDALE INSURANCE COMPANY, IRIS PROPERTY MANAGEMENT, LLC, ROZAS WARD ARCHITECTS, A PROFESSIONAL CORPORATION, AND RYAN GOOTEE GENERAL CONTRACTORS, LLC

FILED:_____                 _____
                                                             **DEPUTY CLERK**

### REQUEST FOR NOTICE

**NOW INTO COURT**, though undersigned counsel, comes Petitioner, Lemiah Johnson, who, pursuant to Louisiana Code of Civil Procedure article 1572, moves this Court for written notice ten (10) days in advance of the date fixed for trial or hearing on any Exception, Motion, Rule or Trial on the Merits in the captioned proceeding, and pursuant to Louisiana Code of Civil Procedure articles 1913 and 1914, requests immediate notice of all Interlocutory and Final Orders and Judgments on any Exception, Motion, Rule or Trial on the Merits in the captioned proceeding.

Respectfully submitted:

**CHEHARDY, SHERMAN, WILLIAMS,
RECILE, & HAYES, LLP**

*/s/ K. Stevenson*

JAMES M. WILLIAMS, #26141
KATIE L. STEVENSON, #39352
One Galleria Boulevard, Suite 1100
Metairie, Louisiana 70001
Telephone:   (504) 833-5600
Facsimile:    (504) 833-8080
Email: james@thetrialteam.com
          katie@thetrialteam.com

-and-

BERNARD L. CHARBONNET, JR. BAR NO. 4050
DAVID M. FINK, BAR NO. 33550
The Law Office of Bernard L. Charbonnet, Jr., APLC
One Canal Place
365 Canal Street

E-Filed

2023-06468

**M**

Section 13

**FILED**
2023 JUL 11  P 02:41
CIVIL
DISTRICT COURT

Suite 1100
New Orleans, Louisiana 70130
Telephone:  (504) 561-0996
Facsimile:  (504) 561-7850
Electronic mail:  bcharbonnet@charbonnetassociates.com
Electronic mail:  dfink@charbonnetlaw.com
Attorneys for Lemiah Johnson

E-Filed

| Type | Citation and Service Copies of Petitions Issued | Description | |
|---|---|---|---|
| Attorney | Katie L Stevenson | Bar Number | 39352 |
| Litigant | | | |
| Date Filed | 07/13/2023 | Date Entered | 07/13/2023 |
| Date Signed | | Signed By | |
| Show Cause Date | | | |
| Amount Charged | $0.00 | Amount Due | $0.00 |
| Filed As Pauper | No | LASES | |
| Pleading Location | | | |
| Pleading Remarks | | | |
| Party Served | DEVELOPMENT LLC, IRIS | | |
| Through | ITS AGENT FOR SERVICE: IMMANUEL GILEN | | |
| Address | 4218 S. CARROLLTON AVENUE APARTMENT B NEW ORLEANS, LA 70119 | | |
| Long Arm | No | | |
| Instructions | | | |

| Type | Citation and Service Copies of Petitions Issued | Description | |
|---|---|---|---|
| Attorney | Katie L Stevenson | Bar Number | 39352 |
| Litigant | | | |
| Date Filed | 07/13/2023 | Date Entered | 07/13/2023 |
| Date Signed | | Signed By | |
| Show Cause Date | | | |
| Amount Charged | $0.00 | Amount Due | $0.00 |
| Filed As Pauper | No | LASES | |
| Pleading Location | | | |
| Pleading Remarks | | | |
| Party Served | GREEN COAST ENTERPRISES, LLC. | | |
| Through | ITS AGENT FOR SERVICE: ALEXANDER KELSO C/O GREEN COAST ENTERPRISES | | |
| Address | 234 LOYOLA AVENUE SUITE 300 NEW ORLEANS, LA 70112 | | |
| Long Arm | No | | |
| Instructions | | | |

| Type | Citation and Service Copies of Petitions Issued | Description | |
|---|---|---|---|
| Attorney | Katie L Stevenson | Bar Number | 39352 |
| Litigant | | | |
| Date Filed | 07/13/2023 | Date Entered | 07/13/2023 |
| Date Signed | | Signed By | |
| Show Cause Date | | | |
| Amount Charged | $0.00 | Amount Due | $0.00 |
| Filed As Pauper | No | LASES | |
| Pleading Location | | | |
| Pleading Remarks | | | |
| Party Served | BOURGOGNE BYWATER, LLC. | | |
| Through | ITS AGENT FOR SERVICE: IMMANUEL GILEN | | |
| Address | 4218 S. CARROLLTON AVENUE APARTMENT B NEW ORLEANS, LA 70119 | | |
| Long Arm | No | | |
| Instructions | | | |

| Type | Citation and Service Copies of Petitions Issued | Description | |
|---|---|---|---|
| Attorney | Katie L Stevenson | Bar Number | 39352 |
| Litigant | | | |
| Date Filed | 07/13/2023 | Date Entered | 07/13/2023 |
| Date Signed | | Signed By | |
| Show Cause Date | | | |
| Amount Charged | $0.00 | Amount Due | $0.00 |
| Filed As Pauper | No | LASES | |
| Pleading Location | | | |
| Pleading Remarks | | | |
| Party Served | SCOTTSDALE INSURANCE COMPANY | | |
| Through | ITS AGENT FOR SERVICE: LOUISIANA SECRETARY OF STATE | | |
| Address | 8585 ARCHIVES AVENUE BATON ROUGE, LA 70809 | | |
| Long Arm | No | | |
| Instructions | | | |

| | | | |
|---|---|---|---|
| Type | Citation and Service Copies of Petitions Issued | Description | |
| Attorney | Katie L Stevenson | Bar Number | 39352 |
| Litigant | | | |
| Date Filed | 07/13/2023 | Date Entered | 07/13/2023 |
| Date Signed | | Signed By | |
| Show Cause Date | | | |
| Amount Charged | $0.00 | Amount Due | $0.00 |
| Filed As Pauper | No | LASES | |
| Pleading Location | | | |
| Pleading Remarks | | | |
| Party Served | IRIS PROPERTY MANAGEMENT, LLC. | | |
| Through | ITS AGENT FOR SERVICE: IMMANUEL GILEN | | |
| Address | 4218 S. CARROLLTON AVENUE APARTMENT B NEW ORLEANS, LA 70119 | | |
| Long Arm | No | | |
| Instructions | | | |

| | | | |
|---|---|---|---|
| Type | Citation and Service Copies of Petitions Issued | Description | |
| Attorney | Katie L Stevenson | Bar Number | 39352 |
| Litigant | | | |
| Date Filed | 07/13/2023 | Date Entered | 07/13/2023 |
| Date Signed | | Signed By | |
| Show Cause Date | | | |
| Amount Charged | $0.00 | Amount Due | $0.00 |
| Filed As Pauper | No | LASES | |
| Pleading Location | | | |
| Pleading Remarks | | | |
| Party Served | ROZAS WARD ARCHITECTS A PROFESSIONAL CORPORATION | | |
| Through | ITS AGENT FOR SERVICE: CHARLES WARD | | |
| Address | 218 ATHERTON DRIVE METAIRIE, LA 70005 | | |
| Long Arm | No | | |
| Instructions | | | |

| Type | Citation and Service Copies of Petitions Issued | Description | |
|---|---|---|---|
| Attorney | Katie L Stevenson | Bar Number | 39352 |
| Litigant | | | |
| Date Filed | 07/13/2023 | Date Entered | 07/13/2023 |
| Date Signed | | Signed By | |
| Show Cause Date | | | |
| Amount Charged | $0.00 | Amount Due | $0.00 |
| Filed As Pauper | No | LASES | |
| Pleading Location | | | |
| Pleading Remarks | | | |
| Party Served | RYAN GOOTEE GENERAL CONTRACTORS, LLC. | | |
| Through | ITS AGENT FOR SERVICE: THOMAS MCEACHIN, ESQ. | | |
| Address | 909 POYDRAS STREET SUITE 1600 NEW ORLEANS, LA 70112 | | |
| Long Arm | No | | |
| Instructions | | | |