**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **LEMIAH JOHNSON** | **CIVIL ACTION** |
| **VERSUS** | **NO. 23-2624** |
| **IRIS DEVELOPMENT, LLC,** | **SECTION: T(5)** |
| **GREEN COAST ENTERPRISES, LLC,** | |
| **BOURGEGNE BYWATER, LLC,** | **JUDGE GREG G. GUIDRY** |
| **SCOTTSDALE INSURANCE** | |
| **COMPANY,** | **MAGISTRATE: MICHAEL B. NORTH** |
| **IRIS PROPERTY MANAGEMENT, LLC,** | |
| **ROZAS WARD ARCHITECTS, A** | |
| **PROFESSIONAL CORPORATION, and** | |
| **RYAN GOOTEE GENERAL** | |
| **CONTRACTORS** | |

---

**MOTION TO WITHDRAW**

---

**NOW INTO COURT**, through undersigned counsel, comes Plaintiff Lemiah Johnson, who moves this Court for an Order withdrawing **David M. Fink** of the Law Office of Bernard L. Charbonnet, Jr., APLC as counsel of record in this matter.  All other counsel of record from the Law Office of Bernard L. Charbonnet, Jr., APLC shall remain as co-counsel for Plaintiff Lemiah Johnson.

Respectfully submitted:

*Law Office of Bernard L. Charbonnet, Jr. APLC*

**/s/ Bernard L. Charbonnet, Jr._____**
**BERNARD L. CHARBONNET, JR. BAR NO. 4050**
One Canal Place
365 Canal Street, Suite 1100
New Orleans, Louisiana 70130
Telephone:     (504) 561-0996
Facsimile:      (504) 561-7850
Email:          bcharbonnet@charbonnetassociates.com