# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **LEMIAH JOHNSON** | * | **CIVIL ACTION** |
| | * | **NO.    23-2624** |
| **VERSUS** | * | **SECTION O (5)** |
| **IRIS DEVELOPMENT, LLC,** | | |
| **GREEN COAST ENTERPRISES, LLC,** | * | **JUDGE BRANDON S. LONG** |
| **BOURGOGNE BYWATER, LLC,** | | |
| **SCOTTSDALE INSURANCE COMPANY,** | * | **MAGISTRATE MICHAEL B. NORTH** |
| **IRIS PROPERTY MANAGEMENT, LLC,** | | |
| **ROZAS WARD ARCHITECTS, A PROFESSIONAL** | | |
| **CORPORATION, and RYAN GOOTEE** | | |
| **GENERAL CONTRACTORS, LLC** | | |

*     *     *     *     *     *     *     *     *     *     *     *     *

## EX-PARTE MOTION TO WITHDRAW

**NOW INTO COURT**, through undersigned counsel, comes defendant, Ryan Gootee General Contractors, LLC, who moves this Court for an Order withdrawing attorney **John W. Martinez**, formerly of Maricle & Associates, as counsel of record in this matter. Mr. Martinez is no longer employed by Maricle & Associates. All other counsel of record from Maricle & Associates shall remain as counsel for defendant Ryan Gootee General Contractors, LLC.

All counsel of record were contacted and undersigned counsel has not received any objection to this Ex-Parte Motion to Withdraw.

Respectfully Submitted,

MARICLE & ASSOCIATES

/s/Barbara Malik

_____

**BARBARA MALIK # 20280 (T.A.)**
**G. DWAYNE MARICLE # 20938**
**REBECCA GOFORTH BUSH # 25686**

| **Mailing Address:** | **Physical Addresses:** |
|---|---|
| P. O. Box 64093 | 3838 N. Causeway Blvd. |
| St. Paul, MN 55164-0093 | Suite 3160 |
| (O) 504-832-7666, (F) 855-833-4259 | Metairie, LA  70002 |
| Email: bmalik@travelers.com | |
| gdmaricle@travelers.com | 1 Sanctuary Blvd, Suite 202 |
| rgbush@travelers.com | Mandeville, LA 70471 |

***Attorneys for Ryan Gootee General Contractors, LLC***

### <u>CERTIFICATE OF SERVICE</u>

I do hereby certify that on this 16th day of January, 2024, a copy of the foregoing was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent by operation of the court's electronic filing system. I also certify that a copy of the foregoing will be sent to all non-CM/ECF participants by Fedex [   ], facsimile [   ], or email [X].

  /s/ Barbara Malik_____
**BARBARA MALIK**