UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **LEMIAH JOHNSON** | **CIVIL ACTION NO. 2:23-cv-02624** |
| **VERSUS** | **JUDGE BRANDON S. LONG** |
| **IRIS DEVELOPMENT, LLC, et al.** | **MAGISTRATE JUDGE MICHAEL NORTH** |

## JOINT STATUS REPORT

### A. PARTIES AND COUNSEL

1. Plaintiff, Lemiah Johnson, represented by:
   James M. Williams and Dylan S. Perry
   CHEHARDY, SHERMAN, WILLIAMS, RECILE & HAYES, LLP

   and

   Bernard L. Charbonnet, Jr.
   THE LAW OFFICES OF BERNARD L. CHARBONNET, JR., APLC

2. Defendant, Iris Development, LLC, represented by:
   Donald G. Cassels, III and Kevin M. Johnson
   WILSON ELSER MOSKOWITZ EDELMAN & DICKER, LLP

3. Defendant, Green Coast Enterprises, LLC, represented by:
   Dennis Phayer and Joseph J. Valencino, III
   BURGLASS TANKERSLEY GAUDIN PHAYER, LLC

4. Defendants, Bourgogne Bywater, LLC and Iris Property Management, LLC, represented by:
   Doris T. Bobadilla and Jose L. Barro, III
   GALLOWAY, JOHNSON, TOMPKINS, BURR & SMITH

5. Defendant, Scottsdale Insurance Company, represented by:
   Douglas M. Kleeman, Madeleine K. Morgan, and Gregory J. Angelico
   PHELPS DUNBAR LLP

    6. Defendant, Rozas Ward Architects, A Professional Corporation, represented by:
David K. Persons
HAILEY MCNAMARA

    7. Defendant, Ryan Gootee General Contractors, LLC, represented by:
G. Dwayne Maricle, Barbara Malik, and Rebecca Goforth Bush
MARICLE & ASSOCIATES

**B. PENDING MOTIONS**

No motions are currently pending.

**C. TRIAL**

| | | |
|---|---|---|
| Final Pretrial Conference: | 08/28/2024 | 10:00 AM |
| Trial: | 09/23/2024 | 09:30 AM |
| Expected trial days: | Five (5) | |

**D. BRIEF SUMMARY OF FACTUAL AND LEGAL ISSUES**

On July 26, 2022, at approximately 11:00 PM, Plaintiff, a local college student, and her invitee visited the rooftop swimming pool of BonVi apartments, located at 882 Montegut Street New Orleans, Louisiana, where she resided. Plaintiff sat atop a 42" high parapet wall surrounding the pool area. At approximately 12:40AM on July 27, 2022, Plaintiff fell from the parapet wall two stories to the concrete below, causing injury. There is video of the incident, already produced to all parties.

Plaintiff filed the present action on July 11, 2023, in Civil District Court for the Parish of Orleans, Docket No. 2023-06468. A Notice of Removal was filed on July 19, 2023. No motion for remand was filed.

Plaintiff asserts a negligence action against each of the defendants, claiming various acts or omissions of defendants caused Plaintiff's injuries, primarily as the "[t]he parapet wall surrounding the swimming pool and deck contained no other [sic] safety impediments and restrictions to prevent tenants and/or their invitees from resting atop the parapet wall." Plaintiff claims negligent design/construction, as well as premises liability for failure to address an unreasonably dangerous condition.

Defendants do not dispute the incident occurred as reflected on video of the incident, but generally deny Plaintiff's other operative allegations and aver various affirmative defenses. Primarily, defendants assert the accident was caused solely by Plaintiffs own fault for failure to exercise due care and avoid an open and obvious condition. Significantly, defendants assert the parapet wall was not unreasonably dangerous and met all building codes. Also, Scottsdale Insurance Company, as the alleged insurer of Bourgogne Bywater, LLC, claims certain coverage defenses.

### E. DISCOVERY

All parties have exchanged Initial Disclosures. Parties have also exchanged written discovery, and responses are in progress. The parties are working to set initial facts witness depositions in the next 30-60 days, followed by expert and medical discovery, as well as an inspection of the subject premises.

### F. SETTLEMENT

To-date, there have been no settlement negotiations between the parties in this matter. The parties will have a better understanding of the viability of settlement following initial discovery.

Report dated: February 12, 2024.

Respectfully submitted,

*/s/ Erin R. Hawkins*
James M. Williams (#26141)
Erin R. Hawkins (#37374)
CHEHARDY, SHERMAN, WILLIAMS, RECILE & HAYES, LLP
One Galleria Blvd., Ste. 1100
Metairie, LA 70001
Telephone: (504) 833-5600
Facsimile: (504) 833-8080
james@thetrialteam.com
erin@thetrialteam.com

and

*/s/ Bernard L. Charbonnet, Jr.*
Bernard L. Charbonnet, Jr. (#4050)
THE LAW OFFICES OF BERNARD L. CHARBONNET, JR., APLC
One Canal Place
365 Canal St., Ste. 1100
New Orleans, LA 70130
Telephone: (504) 561-0996
Facsimile: (504) 561-7850
bcharbonnet@charbonnetassociates.com
***Attorneys for Plaintiff***

*/s/ Kevin M. Johnson*
Donald G. Cassels, III (#33765)
Kevin M. Johnson (#39925)
WILSON ELSER MOSKOWITZ EDELMAN & DICKER, LLP
400 Poydras St., Ste. 2250
New Orleans, LA 70130
Telephone: (504) 702-1710
Facsimile: (504) 702-1715
donald.cassels@wilsonelser.com
kevin.johnson@wilsonelser.com
***Attorneys for Defendant, Iris Development, LLC***

*/s/ Joseph J. Valencino, III*
Dennis Phayer (#10408)
Joseph J. Valencino, III (#32791)
BURGLASS TANKERSLEY GAUDIN PHAYER LLC
5213 Airline Dr.
Metairie, LA 7001
Telephone: (504) 836-2220
Facsimile: (504) 836-2221
dphayer@burglass.com
jvalencino@burglass.com
***Attorneys for Defendant, Green Coast Enterprises, LLC***

| | |
|---|---|
| */s/ Doris T. Bobadilla* <br> Doris T. Bobadilla (#24025) <br> Jose L. Barro, III (#30857) <br> GALLOWAY, JOHNSON, TOMPKINS, BURR & SMITH <br> #3 Sanctuary Blvd., Third Floor <br> Mandeville, LA 70471 <br> Telephone: (985) 674-6680 <br> Facsimile:  (985) 674-6681 <br> DBobadilla@gallowaylawfirm.com <br> JBarro@gallowaylawfirm.com <br> ***Attorneys for Defendants, Bourgogne Bywater, LLC and Iris Property Management, LLC*** | */s/ Madeleine K. Morgan* <br> Douglas M. Kleeman (#31221) <br> Madeleine K. Morgan (#39288) <br> Gregory J. Angelico (#39784) <br> PHELPS DUNBAR LLP <br> Canal Place \| 365 Canal St., Ste. 2000 <br> New Orleans, LA 70130 <br> Telephone: (504) 566-1311 <br> Facsimile:  (504) 568-9130 <br> doug.kleeman@phelps.com <br> madeleine.morgan@phelps.com <br> greg.angelico@phelps.com <br> ***Attorneys for Defendant, Scottsdale Insurance Company*** |
| */s/ David K. Persons* <br> David K. Persons (#2046) <br> HAILEY MCNAMARA <br> 3445 N. Causeway Blvd. #800 <br> Metairie, LA 70002 <br> Telephone: (504) 836-6500 <br> Facsimile:  (504) 836-6565 <br> dpersons@haileymcnamara.com <br> ***Attorney for Defendant, Rozas Ward Architects, A Professional Corporation*** | */s/ Barbara Malik* <br> G. Dwayne Maricle (#20938) <br> Barbara Malik (#20280) <br> Rebecca Gofroth Bush (#25686) <br> MARICLE & ASSOCIATES <br> #1 Sanctuary Blvd., Ste. 202 <br> Mandeville, LA 70471 <br> Telephone: (985) 727-3411 <br> Facsimile:  (888) 341-6954 <br> gdmaricle@travelers.com <br> bmalik@travelers.com <br> rgbush@travelers.com <br> ***Attorneys for Defendant, Ryan Gootee General Contractors, LLC*** |

## **NOTICE OF ELECTRONIC FILING**

I certify that I have electronically submitted for filing, a true and correct copy of the foregoing document with the clerk of the court for the U.S. District Court, Eastern District of Louisiana, on the 12th day of February, 2024, using the CM/ECF System.

*/s/ Doris T. Bobadilla*
DORIS T. BOBADILLA

4